IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:25-cr-110-DCB-LGI

REBECCA IVISON

### ORDER GRANTING MOTION TO WITHDRAW DOCUMENT

THIS CAUSE is before the Court on the motion of the United States [26] to withdraw its Motion to Admit Evidence of Plea Discussions and Related Statements that was filed on February 18, 2026, and docketed as Document 24. The Court is persuaded that the motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the United States having withdrawn its motion [24], and the Court having granted the motion to withdraw [26], the United States' motion [24] is declared MOOT.

SO ORDERED this the  25th  day of February 2026.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE III
United States District Judge